RAMIRO MORALES
State Bar No. 7101
MORALES FIERRO & REEVES
725 South Eighth St., Suite B
Las Vegas, NV 89101
Tel: (702) 699-7822
Fax: (702) 699-9455
rmorales@mfrlegal.com

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DEL WEBB COMMUNITIES, INC. an Arizona corporation; TERRAVITA HOME CONSTRUCTION COMPANY, an Arizona corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.: 2:12-cv-00674-APG-CWH<br><br>**ORDER DISMISSING FIRST, THIRD, AND FOURTH CLAIMS FOR RELIEF** |

STIPULATION

Plaintiff St. Paul Fire and Marine Insurance Company ("Plaintiff"), and Defendants Del Webb Communities, Inc. and Terravita Home Construction Company (collectively, "Defendants"), by and through their respective counsel of record, stipulate to the dismissal without prejudice of the First, Third, and Fourth Causes of Action in the Complaint, for the reasons set forth below:

WHEREAS, on March 19, 2013, this Court entered its Order (Document #20), ordering that Plaintiff's motion for summary adjudication of the second claim for relief (Document #12) is granted and ordering that Defendants' motion to dismiss (Document #14) is denied; and

///

WHEREAS, the Order granting Plaintiff's motion for summary adjudication of the second claim for relief renders the first, third, and fourth claims for relief in the Complaint moot;

The Parties hereby stipulate to dismissal without prejudice of the first, third, and fourth claims for relief in the Complaint on grounds that they are moot in view of the Court's March 19, 2013 Order (Document #20).

IT IS SO STIPULATED.

Dated this 21 day of May, 2013.

MORALES FIERRO & REEVES

By: _____
Ramiro Morales, Nev. Bar No. 7101
725 South Eighth St., Suite B
Las Vegas, NV 89101
Tel: (702) 699-7822
Attorneys for Plaintiff
ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

Dated this ___ day of May, 2013.

PAYNE & FEARS LLP

By: _____
Scott S. Thomas, Nev. Bar No. 7937
Matthew L. Durham, Nev. Bar No. 10342
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Tel: (702) 382-3574
Attorneys for Defendants DEL WEBB
COMMUNITIES, INC. and TERRAVITA
HOME CONSTRUCTION COMPANY

## ORDER

Having considered the Stipulation of the Parties, and good cause existing therefore,

The first, third, and fourth claims for relief in the Complaint ARE HEREBY DISMISSED WITHOUT PREJUDICE as moot.

IT IS SO ORDERED.

Dated: May 21, 2013.

_____
Hon. Andrew P. Gordon
DISTRICT COURT JUDGE

1  Submitted by:

3  Ramiro Morales, #7101
   725 South Eighth St., Suite B
4  Las Vegas, NV 89101
   Tel: (702) 699-7822
5  Attorneys for Plaintiff ST. PAUL FIRE AND
   MARINE INSURANCE COMPANY