1  RAMIRO MORALES
   State Bar No. 007101
2  MORALES FIERRO & REEVES
   725 South Eighth Street, Suite B
3  Las Vegas, Nevada  89101
   Telephone:  (702) 699-7822
4  Facsimile:   (702) 699-9455

5  Attorneys for Plaintiff
   ST. PAUL FIRE AND MARINE
6  INSURANCE COMPANY

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 ST. PAUL FIRE AND MARINE            )   CASE NO.:  2:12-cv-00674-APG-CWH
   INSURANCE COMPANY, a Connecticut    )
11 corporation,                        )
                                       )   **JUDGMENT**
12              Plaintiff,             )
          v.                           )
13                                     )
   DEL WEBB COMMUNITIES, INC., an      )
14 Arizona corporation; TERRAVITA HOME )
   CONSTRUCTION COMPANY, an Arizona    )
15 corporation, and DOES 1 through 100,)
   inclusive,                          )
16                                     )
                Defendants.            )
17                                     )

18
19
20
21
22
23
24
25
26
27 ///
28
                                    1
   JUDGMENT                              CASE NO.: 2:12-CV-00674-APG-CWH

On March 19, 2013, this Court entered its Order on motions pending before it in this litigation and granting partial summary judgment in favor of St. Paul Fire and Marine Insurance Company on the Second Claim for Relief. (Document #20.)

In accordance with the Court's Order of March 19, 2013, IT IS ORDERED AND ADJUDGED THAT DECLARATORY JUDGMENT SHALL BE ENTERED for St. Paul Fire and Marine Insurance Company and against Del Webb Communities, Inc. and Terravita Home Construction Company on the Second Claim for Relief in the Complaint for Declaratory Relief.

IT IS SO ORDERED

DATED this 28th day of May, 2013.

Andrew P. Gordon
United States District Judge

Submitted by:

Ramiro Morales, Esq,, #7101
Morales Fierro & Reeves
Attorneys for Plaintiff, St. Paul Fire
and Marine Insurance Company

Approved as to form:

Scott S. Thomas, Esq., #7937
Payne & Fears LLP
Attorneys for Defendants, Del Webb Communities,
Inc. and Terravita Home Construction Company