RAMIRO MORALES
State Bar No. 007101
MORALES FIERRO & REEVES
725 South Eighth Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DEL WEBB COMMUNITIES, INC., an Arizona corporation; TERRAVITA HOME CONSTRUCTION COMPANY, an Arizona corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-00674-APG-CWH<br><br>**JUDGMENT** |

/ / /

On March 19, 2013, this Court entered its Order on motions pending before it in this litigation and granting partial summary judgment in favor of St. Paul Fire and Marine Insurance Company on the Second Claim for Relief. (Document #20.)

In accordance with the Court's Order of March 19, 2013, IT IS ORDERED AND ADJUDGED THAT DECLARATORY JUDGMENT SHALL BE ENTERED for St. Paul Fire and Marine Insurance Company and against Del Webb Communities, Inc. and Terravita Home Construction Company on the Second Claim for Relief in the Complaint for Declaratory Relief.

IT IS SO ORDERED

DATED this 28th day of May, 2013.

Andrew P. Gordon
United States District Judge

Submitted by:

Ramiro Morales, Esq., #7101
Morales Fierro & Reeves
Attorneys for Plaintiff, St. Paul Fire
and Marine Insurance Company

Approved as to form:

Scott S. Thomas, Esq., #7937
Payne & Fears LLP
Attorneys for Defendants, Del Webb Communities,
Inc. and Terravita Home Construction Company